**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: <br>     ABDUL  HANNAN <br><br><br> **Debtor** | Chapter 13 <br><br> Case No.19-15135-AMC |

# NOTICE OF COMPLETION OF PLAN PAYMENTS

Kenneth E. West, Standing Chapter 13 Trustee, files this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

                                                                          Respectfully submitted,

Date: May 20, 2024                  By:   */s/ Kenneth E. West*
                                                   Kenneth E. West, Esquire, Chapter 13 Trustee
                                                   P.O. Box 40837
                                                   Philadelphia, PA  19107
                                                   (215) 627-1377 (Phone)