United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                      Case No. 19-15135-amc
Abdul Hannan                                                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: admin            Page 1 of 2
Date Rcvd: Jul 16, 2024        Form ID: 138OBJ        Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Abdul Hannan, 100 Avondale Drive, North Wales, PA 19454-3900 |
| 14392585 | + | AMIP Management, LLC, c/o Maxine Evans, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799 |
| 14374264 | + | Ditech Financial Llc, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 14374265 | + | Evergreen Investors, LLC, 8180 E. Kaiser Blvd., Anaheim Hills, CA 92808-2277 |
| 14374268 | #+ | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14374271 | + | Montgomery County Tax Claim Bureau, c/o Northeast Revenue Service, One Montgomery Plaza, Ste 610, Norristown, PA 19401-4855 |
| 14374275 | + | Phelan, Hallinan & Schmieg, LLP, 1617 JFK Boulevard, Ste 1400, Philadelphia, PA 19103-1814 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 16 2024 23:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2024 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14374262 | | Email/Text: collectors@arresourcesinc.com | Jul 16 2024 23:49:00 | Ar Resources Inc, Pob 1056, Blue Bell, PA 19422 |
| 14385701 | + | Email/Text: mrdiscen@discover.com | Jul 16 2024 23:48:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 14374263 | + | Email/Text: mrdiscen@discover.com | Jul 16 2024 23:48:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14374266 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 16 2024 23:49:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 14374270 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 16 2024 23:49:00 | Midland Funding, 2365 Northside Dr, Suite 300, San Diego, CA 92108-2710 |
| 14374272 | | Email/Text: elizabethh@poserinvestments.com | Jul 16 2024 23:49:00 | Nancy N. Poser Retirement Truste, PO Box 850, Sierra Madr, CA 91025-0850 |
| 14374273 | | Email/Text: elizabethh@poserinvestments.com | Jul 16 2024 23:49:00 | Nancy N. Poser Retirement Trust, PO Box 850, Sierra Madre, CA 91025-0850 |
| 14374833 | ^ | MEBN | Jul 16 2024 23:47:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 19-15135-amc    Doc 55    Filed 07/18/24    Entered 07/19/24 00:35:46    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 16, 2024 | Form ID: 138OBJ | Total Noticed: 22 |

| 14374276 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 16 2024 23:49:00 | Toyota Motor Credit, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| --- | --- | --- | --- |
| 14374277 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 16 2024 23:49:00 | Toyota Motor Credit Corp., Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 14386695 | Email/PDF: bncnotices@becket-lee.com | Jul 17 2024 00:03:13 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14374278 | + Email/Text: bankruptcydepartment@tsico.com | Jul 16 2024 23:49:00 | Transworld System Inc/, 2235 Mercury Way Ste 275, Santa Rosa, CA 95407-5463 |
| 14405057 | ^ MEBN | Jul 16 2024 23:47:25 | Wilmington Savings Fund Society, FSB, AMIP Management, LLC, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 14374267 | * | IRS/ Special Procedures, P.O. BOX 7346, Philadelphia, PA 19114, PHILADELPHIA, PA 19101-7346 |
| 14374269 | ##+ | Khan Hannan, 100 Avondale Drive, North Wales, PA 19454-3900 |
| 14374274 | ##+ | Narzu Hannan, 100 Avondale Drive, Northwales, PA 19454-3900 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2024                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| JOHN L. MCCLAIN | on behalf of Debtor Abdul Hannan aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL J. SHAVEL | on behalf of Creditor Wilmington Savings Fund Society FSB mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 138OBJ* (6/24)−doc 54 − 47

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Abdul Hannan ) Case No. 19−15135−amc
 )
 )
Debtor(s). ) Chapter: 13
 )
 )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 16, 2024                                                                                                    For The Court

                                                                                  Timothy B. McGrath
                                                                                   Clerk of Court